# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                            : NO. 945
                                                  :
APPOINTMENTS TO THE JUDICIAL      : SUPREME COURT RULES DOCKET
ETHICS ADVISORY BOARD                  :
                                                  :

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of March, 2023, pursuant to Rule 104 of the Pennsylvania Rules of the Judicial Ethics Advisory Board, it is Ordered that the following individuals are appointed as members of the Judicial Ethics Advisory Board for the specified terms of service, commencing April 1, 2023:

Two-year term:

The Honorable Maureen E. Lally-Green (Retired), Allegheny County

Four-year term:

The Honorable Stella M. Tsai, Philadelphia
The Honorable Mark D. Douple, Bucks County

Six-year term:

The Honorable Katherine E. McGill, Montgomery County